## ABE BEAKES v. THE STATE.

No. 3929.   Decided January 26, 1916.

### Adultery—Information—Complaint—Waiver—County Court.

Where, upon trial of adultery in the County Court, the case was tried upon complaint to which defendant objected and insisted that he must be tried upon information, the question of waiver was not involved, and the judgment must be reversed and the cause remanded. Following Ethridge v. State, 172 S. W. Rep., 784, and other cases.

Appeal from the County Court of Wharton. Tried below before the Hon. W. G. Davis.

Appeal from a conviction of adultery; penalty, a fine of $100. The opinion states the case.

No brief for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of adultery, and assessed the lowest punishment therefor.

The trial was had in the County Court upon a complaint only. No information was filed. Appellant in the court below objected to this and preserved a bill of exceptions to the fact that he was tried without any information filed against him and only on the complaint. No question of waiver of an information is raised. In fact, the reverse of this is true. He did not waive it, but expressly sought to prevent a trial without it. Under such circumstances his conviction can not be sustained. Etheridge v. State, 76 Texas Crim. Rep., 41, 172 S. W. Rep., 786, and also 784.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

DAVIDSON, JUDGE, absent.